UNITED STATES DISTRICT COURT
Southern District of Broward

CIV-FERGUSON

00-6184

Howard S. Ault

**Plaintiff(s)**

v.

CASE NO.:

MAGISTRATE
SORRENTINO

Dep Vickers

**Defendant(s)**

/

## CIVIL RIGHTS COMPLAINT

COMES NOW, the Plaintiff(s) in Pro-Se form Howard S. Ault _____ and sues the above listed Defendant(s) in their individual and official capacity as designated law enforcement officials.

That the Defendant(s) in this cause have in fact violated the Plaintiff(s) well established constitutional rights in a wanton and willful manner, and that the Defendant(s) have all acted under the color of state law, giving this court Jurisdiction under the following:

(28 USC 1331) (42 USC 1983)

(28 USC 1343) (28 USC 1441) (28 USC 1915)



**Defendant(s) can be located at:**

Deputy Vickers
555 SE 1st Ave
Ft Lauderdale, Fla,
33310

Plaintiff can be located at:
Howard. S. Ault
555 SE 1st Ave
Ft Lauderdale, Fla,
33310

## Statement of Facts

1. That on 1-25-2000 at around 7:30 AM Sgt Calvin came to my cell and asked me if I moped my floor, I stated no. Sgt Calvin then told me that I was locked down for the day.

2. That on the same said day at around 7:45 AM 3 officers came to my cell one of them deputy Vickers. Upon entery deputy Vickers became loud and beligerent. And called me a lazy child molester and said if I did not clean my room that he and the other officers would kick my ass.

3. That on the same said day at around 8:00 AM Two officers came back to my cell, deputy Steel and deputy Tombs, Thay brought me cleaning material and watched me clean my whole cell, Thay inspected the cell and left.

4. That on the same said day at around 9:00 AM deputy Vickers came back to my cell and found two cups on the sink and some torn up paper in the toilet, deputy Vickers slaped me in the face and said I told you to have this room in inspection order.

5. That on the same said day at around 11:30 AM deputy Steel came to my cell

written me three disciplinary reports;

6. In all deputy Vickers violated my well established constitutional rights to be free from cruel and unusal pnnishment and will cause me to be unlawfully segragated should I be found guilty on the disciplinary reports;

## CAUSE OF ACTION

1. That the Defendant(s) in this action have violated the Plaintiff(s) well established constitutional rights.

2. That the Defendant(s) have acted in a wanton and willful disregard to the Plaintiff(s) well established constitutional rights.

3. That the Defendant(s) have violated the Plaintiff(s) ___8Th_____ amendments.

4. That the Defendant(s) have all of them acted under the color of state law.

5. That what the Defendant(s) done was of a deliberate indifference.

6. That what the Defendant(s) have in fact done to the Plaintiff(s) was shocking to the mind and caused incontrovertible damage to the Plaintiff(s) minds.

7. That the Defendant(s) knew or should have known that they were violating the Plaintiff(s) well established constitutional rights.

# Relief Requested
## Injunctive Relief Requested

1. Cite what you would like the court to order the defendants to do.

2. That the courts should order the defendants to refrain from any type of retaliation against the plaintiff

3. That the court should issue a temporary restraining order against the defendants to

ensure the safety of the Plaintiff(s).

## MONETARY DAMAGES

4. Cite how much money you would like the Defendant(s) to pay the Plaintiff(s).

5. Monetary damages in the amount of $180,000 from each of the Defendant(s) to the Plaintiff(s).

6. Punitive damages in the amount of $180,000 from each of the Defendant(s) to the Plaintiff(s).

7. That the court should order the Defendant(s) to pay any and all court costs in this case.

## VERIFICATION

STATE OF FLORIDA
COUNTY OF Broward

That the Plaintiff(s) being first duly sworn under oath says that they are the Plaintiff(s) in this action and know the content of the complaint. That it is true and correct of his own knowledge except to those matters that are stated on his information and belief, and us to those matters he believes to be true and correct

Howard S Ault

I hereby attest under the penalty of perjury
That the information in this complaint is true

WITNESS my hand and seal in the County and State last aforesaid this ____ day of _____, 1999.

NOTARY PUBLIC, State of Florida
Commission Expires

2