UNITED STATES DISTRICT COURT
Southern District of Broward

Application to Proceed without
Prepayment of fees and affidavit

# 00-6184 CIV-FERGUSON

Howard S. Ault

Plaintiff(s),

v.

Dep. Vickers

Defendant(s).

CASE NO.:



MAGISTRATE
SORRENTINO

In the above entitled proceeding that in support of my request to proceed without prepayment of fees or costs under (28 USC 1915) I declare that I am unable to pay costs of these proceeding, and that I am entitled to the relief sought in the complaint.

In support of this application I answer the following questions under the penalty of perjury.

1. Are you currently incarcerated: yes

   at: Broward County Main Jail

2. Are you employed by the institution: No

Plaintiff(s) are located at:

Howard S. Ault
Broward Main Jail
555 SE 1st Ave
Ft Laud, Fla, 33310



ensure the safety of the Plaintiff(s).

## MONETARY DAMAGES

4. Cite how much money you would like the Defendant(s) to pay the Plaintiff(s).

5. Monetary damages in the amount of $180,000 from each of the Defendant(s) to the Plaintiff(s).

6. Punitive damages in the amount of $180,000 from each of the Defendant(s) to the Plaintiff(s).

7. That the court should order the Defendant(s) to pay any and all court costs in this case.

## VERIFICATION

STATE OF FLORIDA
COUNTY OF Broward

That the Plaintiff(s) being first duly sworn under oath says that they are the Plaintiff(s) in this action and know the content of the complaint. That it is true and correct of his own knowledge except to those matters that are stated on his information and belief, and us to those matters he believes to be true and correct

Howard D Ault

I hereby attest under the penalty of perjury
That the information in this complaint is true

WITNESS my hand and seal in the County and State last aforesaid this ____ day of _____, 1999.

NOTARY PUBLIC, State of Florida
Commission Expires

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM                    00-618
PAGE: 001 OF 007                        00-6184 CIV-FERGUSON
```

00-6184

Arrest Number: 54961285                         CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN              RACE/SEX: WM
        Alias: None, None                       DOB: 07/26/1966
Curr. Balance: $0.00

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 11/28/1996 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/12/1996 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/19/1996 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/26/1996 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 01/02/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 01/03/1997 | Mailroom Deposit | $65.00 | $0.00 | $65.00 |
| 01/03/1997 | Processing Fee | $0.00 | ($10.00) | $55.00 |
| 01/04/1997 | Subsistence Payment | $0.00 | ($2.00) | $53.00 |
| 01/05/1997 | Subsistence Payment | $0.00 | ($2.00) | $51.00 |
| 01/06/1997 | Subsistence Payment | $0.00 | ($2.00) | $49.00 |
| 01/07/1997 | Subsistence Payment | $0.00 | ($2.00) | $47.00 |
| 01/08/1997 | Subsistence Payment | $0.00 | ($2.00) | $45.00 |
| 01/09/1997 | Purchase | $0.00 | $13.93 | $31.07 |
| 01/09/1997 | Purchase | $0.00 | $9.76 | $21.31 |
| 01/09/1997 | Subsistence Payment | $0.00 | ($2.00) | $19.31 |
| 01/10/1997 | Subsistence Payment | $0.00 | ($2.00) | $17.31 |
| 01/11/1997 | Subsistence Payment | $0.00 | ($2.00) | $15.31 |
| 01/12/1997 | Subsistence Payment | $0.00 | ($2.00) | $13.31 |
| 01/13/1997 | Subsistence Payment | $0.00 | ($0.31) | $13.00 |
| 01/16/1997 | Purchase | $0.00 | $13.00 | $0.00 |
| 01/23/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 01/30/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 02/06/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 02/13/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 02/27/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 03/12/1997 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 03/13/1997 | Purchase | $0.00 | $11.45 | $8.55 |
| 03/13/1997 | Subsistence Payment | $0.00 | ($2.00) | $6.55 |
| 03/14/1997 | Subsistence Payment | $0.00 | ($2.00) | $4.55 |
| 03/15/1997 | Subsistence Payment | $0.00 | ($2.00) | $2.55 |
| 03/16/1997 | Subsistence Payment | $0.00 | ($2.00) | $0.55 |
| 03/17/1997 | Subsistence Payment | $0.00 | ($0.55) | $0.00 |
| 03/20/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 04/04/1997 | Mailroom Deposit | $25.00 | $0.00 | $25.00 |
| 04/05/1997 | Subsistence Payment | $0.00 | ($2.00) | $23.00 |
| 04/06/1997 | Subsistence Payment | $0.00 | ($2.00) | $21.00 |
| 04/07/1997 | Subsistence Payment | $0.00 | ($2.00) | $19.00 |
| 04/08/1997 | Subsistence Payment | $0.00 | ($2.00) | $17.00 |
| 04/09/1997 | Subsistence Payment | $0.00 | ($2.00) | $15.00 |
| 04/10/1997 | Purchase | $0.00 | $14.36 | $0.64 |
| 04/10/1997 | Subsistence Payment | $0.00 | ($0.64) | $0.00 |
| 04/15/1997 | Mailroom Deposit | $50.00 | $0.00 | $50.00 |
| 04/16/1997 | Subsistence Payment | $0.00 | ($1.25) | $48.75 |
| 04/17/1997 | Purchase | $0.00 | $39.99 | $8.76 |
| 04/17/1997 | Purchase | $0.00 | $2.55 | $6.21 |

| Date | Description | | | |
|---|---|---|---|---|
| 04/17/1997 | Purchase | $0.00 | $6.21 | $0.00 |
| 04/30/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 002 OF 007


Arrest Number: 54961285                        CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN           RACE/SEX: WM
        Alias: None, None                         DOB: 07/26/1966
Curr. Balance: $0.00
```

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 05/08/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 05/15/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 05/22/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 05/29/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 05/30/1997 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 05/31/1997 | Subsistence Payment | $0.00 | ($2.00) | $18.00 |
| 06/01/1997 | Subsistence Payment | $0.00 | ($2.00) | $16.00 |
| 06/02/1997 | Subsistence Payment | $0.00 | ($0.05) | $15.95 |
| 06/05/1997 | Purchase | $0.00 | $15.95 | $0.00 |
| 06/10/1997 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 06/11/1997 | Subsistence Payment | $0.00 | ($0.08) | $19.92 |
| 06/12/1997 | Purchase | $0.00 | $19.92 | $0.00 |
| 06/19/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/03/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/16/1997 | Mailroom Deposit | $15.00 | $0.00 | $15.00 |
| 07/17/1997 | Purchase | $0.00 | $0.73 | $14.27 |
| 07/17/1997 | Subsistence Payment | $0.00 | ($2.00) | $12.27 |
| 07/18/1997 | Subsistence Payment | $0.00 | ($2.00) | $10.27 |
| 07/19/1997 | Subsistence Payment | $0.00 | ($2.00) | $8.27 |
| 07/20/1997 | Subsistence Payment | $0.00 | ($2.00) | $6.27 |
| 07/21/1997 | Subsistence Payment | $0.00 | ($0.16) | $6.11 |
| 07/24/1997 | Purchase | $0.00 | $6.11 | $0.00 |
| 07/25/1997 | Mailroom Deposit | $10.00 | $0.00 | $10.00 |
| 07/26/1997 | Subsistence Payment | $0.00 | ($2.00) | $8.00 |
| 07/27/1997 | Subsistence Payment | $0.00 | ($2.00) | $6.00 |
| 07/28/1997 | Subsistence Payment | $0.00 | ($2.00) | $4.00 |
| 07/29/1997 | Subsistence Payment | $0.00 | ($0.37) | $3.63 |
| 07/31/1997 | Purchase | $0.00 | $3.63 | $0.00 |
| 08/07/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/14/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/25/1997 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 08/26/1997 | Subsistence Payment | $0.00 | ($1.43) | $18.57 |
| 08/28/1997 | Purchase | $0.00 | $18.57 | $0.00 |
| 09/05/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/11/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/18/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/25/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/02/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/09/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/20/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/23/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/31/1997 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 11/01/1997 | Subsistence Payment | $0.00 | ($2.00) | $18.00 |
| 11/02/1997 | Subsistence Payment | $0.00 | ($2.00) | $16.00 |
| 11/03/1997 | Subsistence Payment | $0.00 | ($2.00) | $14.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 11/04/1997 | Subsistence Payment | $0.00 | ($0.15) | $13.85 |
| 11/07/1997 | Purchase | $0.00 | $13.85 | $0.00 |
| 11/20/1997 | Indigent Order | $0.00 | $0.00 | $0.00 |

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 003 OF 007


Arrest Number: 54961285                          CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN             RACE/SEX: WM
        Alias: None, None                           DOB: 07/26/1966
Curr. Balance: $0.00

DATE         TYPE                      DEPOSIT      DISBURSEMENT       BALANCE
===============================================================================
11/27/1997   Indigent Order              $0.00             $0.00         $0.00
12/11/1997   Indigent Order              $0.00             $0.00         $0.00
12/18/1997   Indigent Order              $0.00             $0.00         $0.00
12/29/1997   Indigent Order              $0.00             $0.00         $0.00
12/29/1997   Mailroom Deposit           $10.00             $0.00        $10.00
12/30/1997   Subsistence Payment         $0.00           ($2.00)         $8.00
12/31/1997   Subsistence Payment         $0.00           ($0.17)         $7.83
01/05/1998   Purchase                    $0.00            $7.83          $0.00
01/12/1998   Indigent Order              $0.00             $0.00         $0.00
01/19/1998   Indigent Order              $0.00             $0.00         $0.00
01/26/1998   Indigent Order              $0.00             $0.00         $0.00
01/30/1998   Mailroom Deposit           $15.00             $0.00        $15.00
01/31/1998   Subsistence Payment         $0.00           ($2.00)        $13.00
02/02/1998   Purchase                    $0.00           $13.00          $0.00
02/02/1998   Mailroom Deposit           $10.00             $0.00        $10.00
02/03/1998   Subsistence Payment         $0.00           ($2.00)         $8.00
02/04/1998   Subsistence Payment         $0.00           ($0.14)         $7.86
02/09/1998   Purchase                    $0.00            $7.86          $0.00
02/13/1998   Mailroom Deposit            $5.00             $0.00         $5.00
02/13/1998   Mailroom Deposit           $20.00             $0.00        $25.00
02/14/1998   Subsistence Payment         $0.00           ($2.00)        $23.00
02/15/1998   Subsistence Payment         $0.00           ($0.01)        $22.99
02/16/1998   Purchase                    $0.00           $22.99          $0.00
02/18/1998   Indigent Order              $0.00             $0.00         $0.00
02/23/1998   Indigent Order              $0.00             $0.00         $0.00
03/02/1998   Indigent Order              $0.00             $0.00         $0.00
03/10/1998   Indigent Order              $0.00             $0.00         $0.00
03/10/1998   Mailroom Deposit           $20.00             $0.00        $20.00
03/11/1998   Indigent Order              $0.00             $0.00        $20.00
03/11/1998   Subsistence Payment         $0.00           ($2.00)        $18.00
03/12/1998   Subsistence Payment         $0.00           ($0.06)        $17.94
03/16/1998   Purchase                    $0.00           $17.94          $0.00
03/23/1998   Indigent Order              $0.00             $0.00         $0.00
03/30/1998   Indigent Order              $0.00             $0.00         $0.00
04/02/1998   Indigent Order              $0.00             $0.00         $0.00
04/09/1998   Indigent Order              $0.00             $0.00         $0.00
04/16/1998   Indigent Order              $0.00             $0.00         $0.00
04/23/1998   Indigent Order              $0.00             $0.00         $0.00
04/24/1998   Mailroom Deposit           $10.00             $0.00        $10.00
04/25/1998   Subsistence Payment         $0.00           ($2.00)         $8.00
04/26/1998   Subsistence Payment         $0.00           ($2.00)         $6.00
04/27/1998   Subsistence Payment         $0.00           ($2.00)         $4.00
04/28/1998   Subsistence Payment         $0.00           ($2.00)         $2.00
04/29/1998   Subsistence Payment         $0.00           ($0.18)         $1.82
04/30/1998   Purchase                    $0.00            $1.82          $0.00
```

```
05/08/1998  Indigent Order              $0.00           $0.00          $0.00
05/09/1998  Mailroom Deposit           $15.00           $0.00         $15.00
05/10/1998  Subsistence Payment         $0.00         ($2.00)         $13.00
```

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 004 OF 007


Arrest Number: 54961285                          CELL#: 02*8*C*25
 Inmate Name: AULT, HOWARD STEVEN              RACE/SEX: WM
       Alias: None, None                            DOB: 07/26/1966
Curr. Balance: $0.00
```

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 05/11/1998 | Subsistence Payment | $0.00 | ($2.00) | $11.00 |
| 05/12/1998 | Subsistence Payment | $0.00 | ($0.07) | $10.93 |
| 05/14/1998 | Purchase | $0.00 | $10.93 | $0.00 |
| 05/21/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 05/28/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/04/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/11/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/15/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/17/1998 | Special Mail | $0.00 | $0.00 | $0.00 |
| 06/18/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/26/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/05/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/06/1998 | Mailroom Deposit | $40.00 | $0.00 | $40.00 |
| 07/07/1998 | Subsistence Payment | $0.00 | ($2.00) | $38.00 |
| 07/08/1998 | Subsistence Payment | $0.00 | ($2.00) | $36.00 |
| 07/09/1998 | Subsistence Payment | $0.00 | ($2.00) | $34.00 |
| 07/10/1998 | Subsistence Payment | $0.00 | ($2.00) | $32.00 |
| 07/11/1998 | Subsistence Payment | $0.00 | ($2.00) | $30.00 |
| 07/12/1998 | Subsistence Payment | $0.00 | ($2.00) | $28.00 |
| 07/13/1998 | Subsistence Payment | $0.00 | ($2.00) | $26.00 |
| 07/14/1998 | Purchase | $0.00 | $3.03 | $22.97 |
| 07/16/1998 | Purchase | $0.00 | $22.97 | $0.00 |
| 07/23/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/24/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/30/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/06/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/07/1998 | Mailroom Deposit | $10.00 | $0.00 | $10.00 |
| 08/08/1998 | Subsistence Payment | $0.00 | ($2.00) | $8.00 |
| 08/09/1998 | Subsistence Payment | $0.00 | ($2.00) | $6.00 |
| 08/10/1998 | Subsistence Payment | $0.00 | ($2.00) | $4.00 |
| 08/11/1998 | Subsistence Payment | $0.00 | ($2.00) | $2.00 |
| 08/12/1998 | Subsistence Payment | $0.00 | ($2.00) | $0.00 |
| 08/20/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/27/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/03/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/03/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/10/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/14/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/17/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/24/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/28/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/01/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/08/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/15/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/19/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 10/23/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/29/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/06/1998 | Indigent Order | $0.00 | $0.00 | $0.00 |

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 005 OF 007


Arrest Number: 54961285                        CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN           RACE/SEX: WM
        Alias: None, None                         DOB: 07/26/1966
Curr. Balance: $0.00

DATE         TYPE                     DEPOSIT      DISBURSEMENT        BALANCE
===============================================================================
11/13/1998 Indigent Order              $0.00          $0.00            $0.00
11/20/1998 Indigent Order              $0.00          $0.00            $0.00
11/26/1998 Indigent Order              $0.00          $0.00            $0.00
12/03/1998 Indigent Order              $0.00          $0.00            $0.00
12/10/1998 Indigent Order              $0.00          $0.00            $0.00
12/20/1998 Indigent Order              $0.00          $0.00            $0.00
12/24/1998 Indigent Order              $0.00          $0.00            $0.00
12/24/1998 Mailroom Deposit           $10.00          $0.00           $10.00
12/25/1998 Subsistence Payment         $0.00         ($2.00)           $8.00
12/26/1998 Subsistence Payment         $0.00         ($2.00)           $6.00
12/27/1998 Subsistence Payment         $0.00         ($2.00)           $4.00
12/28/1998 Subsistence Payment         $0.00         ($2.00)           $2.00
12/29/1998 Subsistence Payment         $0.00         ($2.00)           $0.00
01/08/1999 Indigent Order              $0.00          $0.00            $0.00
01/15/1999 Indigent Order              $0.00          $0.00            $0.00
01/21/1999 Indigent Order              $0.00          $0.00            $0.00
01/28/1999 Indigent Order              $0.00          $0.00            $0.00
01/29/1999 Indigent Order              $0.00          $0.00            $0.00
02/04/1999 Indigent Order              $0.00          $0.00            $0.00
02/11/1999 Indigent Order              $0.00          $0.00            $0.00
02/12/1999 Mailroom Deposit           $10.00          $0.00           $10.00
02/13/1999 Subsistence Payment         $0.00         ($2.00)           $8.00
02/14/1999 Subsistence Payment         $0.00         ($2.00)           $6.00
02/15/1999 Subsistence Payment         $0.00         ($0.26)           $5.74
02/18/1999 Purchase                    $0.00          $5.74            $0.00
02/23/1999 Indigent Order              $0.00          $0.00            $0.00
03/04/1999 Indigent Order              $0.00          $0.00            $0.00
03/11/1999 Indigent Order              $0.00          $0.00            $0.00
03/17/1999 Mailroom Deposit           $10.00          $0.00           $10.00
03/18/1999 Indigent Order              $0.00          $0.00           $10.00
03/18/1999 Subsistence Payment         $0.00         ($2.00)           $8.00
03/19/1999 Subsistence Payment         $0.00         ($2.00)           $6.00
03/20/1999 Subsistence Payment         $0.00         ($1.19)           $4.81
03/25/1999 Purchase                    $0.00          $4.81            $0.00
04/01/1999 Indigent Order              $0.00          $0.00            $0.00
04/08/1999 Indigent Order              $0.00          $0.00            $0.00
04/15/1999 Indigent Order              $0.00          $0.00            $0.00
04/22/1999 Indigent Order              $0.00          $0.00            $0.00
04/29/1999 Indigent Order              $0.00          $0.00            $0.00
05/06/1999 Indigent Order              $0.00          $0.00            $0.00
05/13/1999 Indigent Order              $0.00          $0.00            $0.00
05/21/1999 Indigent Order              $0.00          $0.00            $0.00
05/27/1999 Indigent Order              $0.00          $0.00            $0.00
06/01/1999 Mailroom Deposit           $20.00          $0.00           $20.00
06/02/1999 Subsistence Payment         $0.00         ($2.00)          $18.00
```

```
06/03/1999 Purchase              $0.00      $17.96    $0.04
06/03/1999 Subsistence Payment   $0.00     ($0.04)    $0.00
06/09/1999 Special Mail          $0.00      $0.00     $0.00
```

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 006 OF 007
```

```
Arrest Number: 54961285                          CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN               RACE/SEX: WM
        Alias: None, None                        DOB: 07/26/1966
Curr. Balance: $0.00
```

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 06/11/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/17/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 06/18/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 06/21/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 06/25/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/01/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/08/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/15/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/23/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/23/1999 | Mailroom Deposit | $10.00 | $0.00 | $10.00 |
| 07/24/1999 | Subsistence Payment | $0.00 | ($2.00) | $8.00 |
| 07/25/1999 | Subsistence Payment | $0.00 | ($0.14) | $7.86 |
| 07/29/1999 | Purchase | $0.00 | $7.86 | $0.00 |
| 08/05/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/09/1999 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 08/10/1999 | Subsistence Payment | $0.00 | ($2.00) | $18.00 |
| 08/12/1999 | Purchase | $0.00 | $15.79 | $2.21 |
| 08/14/1999 | Subsistence Payment | $0.00 | ($2.00) | $0.21 |
| 08/15/1999 | Subsistence Payment | $0.00 | ($0.21) | $0.00 |
| 08/19/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/25/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 08/26/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/27/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/02/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/03/1999 | Mailroom Deposit | $15.00 | $0.00 | $15.00 |
| 09/04/1999 | Subsistence Payment | $0.00 | ($2.00) | $13.00 |
| 09/05/1999 | Subsistence Payment | $0.00 | ($0.04) | $12.96 |
| 09/10/1999 | Subsistence Payment | $0.00 | ($2.00) | $10.96 |
| 09/11/1999 | Subsistence Payment | $0.00 | ($0.47) | $10.49 |
| 09/16/1999 | Purchase | $0.00 | $10.49 | $0.00 |
| 09/17/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/23/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/08/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/14/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/21/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/28/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/04/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/15/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/18/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/19/1999 | Mailroom Deposit | $15.00 | $0.00 | $15.00 |
| 11/20/1999 | Subsistence Payment | $0.00 | ($2.00) | $13.00 |
| 11/21/1999 | Subsistence Payment | $0.00 | ($2.00) | $11.00 |
| 11/22/1999 | Subsistence Payment | $0.00 | ($2.00) | $9.00 |
| 11/23/1999 | Subsistence Payment | $0.00 | ($2.00) | $7.00 |
| 11/24/1999 | Subsistence Payment | $0.00 | ($0.02) | $6.98 |

```
11/25/1999  Subsistence Payment        $0.00        ($2.00)         $4.98
11/26/1999  Subsistence Payment        $0.00        ($2.00)         $2.98
11/27/1999  Subsistence Payment        $0.00        ($2.00)         $0.98
```

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 01/26/2000
PRINT TIME: 08:41 AM
PAGE: 007 OF 007


Arrest Number: 54961285                    CELL#: 02*8*C*25
  Inmate Name: AULT, HOWARD STEVEN         RACE/SEX: WM
        Alias: None, None                  DOB: 07/26/1966
Curr. Balance: $0.00

DATE        TYPE                  DEPOSIT       DISBURSEMENT      BALANCE
========================================================================
12/02/1999  Indigent Order         $0.00          $0.98            $0.00
12/02/1999  Subsistence Refund     $2.00          $0.00            $2.00
12/02/1999  Subsistence Refund     $2.00          $0.00            $4.00
12/02/1999  Subsistence Refund     $2.00          $0.00            $6.00
12/02/1999  Subsistence Refund     $0.02          $0.00            $6.02
12/02/1999  Subsistence Refund     $2.00          $0.00            $8.02
12/02/1999  Subsistence Refund     $2.00          $0.00           $10.02
12/02/1999  Subsistence Refund     $2.00          $0.00           $12.02
12/03/1999  Purchase               $0.00         $11.98            $0.04
12/03/1999  Subsistence Payment    $0.00         ($0.04)           $0.00
12/10/1999  Indigent Order         $0.00          $0.00            $0.00
12/16/1999  Indigent Order         $0.00          $0.00            $0.00
12/20/1999  Mailroom Deposit      $20.00          $0.00           $20.00
12/20/1999  Mailroom Deposit      $15.00          $0.00           $35.00
12/21/1999  Subsistence Payment    $0.00         ($2.00)          $33.00
12/22/1999  Subsistence Payment    $0.00         ($0.24)          $32.76
12/23/1999  Purchase               $0.00         $32.76            $0.00
12/30/1999  Indigent Order         $0.00          $0.00            $0.00
01/06/2000  Indigent Order         $0.00          $0.00            $0.00
01/14/2000  Indigent Order         $0.00          $0.00            $0.00
01/14/2000  Mailroom Deposit      $15.00          $0.00           $15.00
01/15/2000  Subsistence Payment    $0.00         ($2.00)          $13.00
01/16/2000  Subsistence Payment    $0.00         ($2.00)          $11.00
01/17/2000  Subsistence Payment    $0.00         ($2.00)           $9.00
01/18/2000  Subsistence Payment    $0.00         ($0.09)           $8.91
01/20/2000  Purchase               $0.00          $8.91            $0.00
01/21/2000  Pending Order          $0.00          $0.00            $0.00
```