UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184-Civ-FERGUSON
MAGISTRATE JUDGE SORRENTINO

HOWARD S. AULT,  :

    Plaintiff,  :

v.  :     ORDER OF DISMISSAL

DEPUTY VICKERS,  :

    Defendant.  :

_____

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is thereupon

ORDERED AND ADJUDGED as follows:

1. The complaint against the defendant Vickers is dismissed, as to all claims, pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(i), for failure to state a claim upon which relief may be granted.

2. The case is closed.

3. All motions which are not otherwise ruled upon by separate Order are dismissed, as moot.

DONE AND ORDERED at West Palm Beach, Florida, this 31st day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Howard S. Ault, Pro Se